## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CARROLL COMPANY and OGDEN, LLC,**

    **Plaintiffs**

v.                           **CASE NO. 1:11-cv-01700-WMN**

**THE SHERWIN-WILLIAMS COMPANY,**

    **Defendant.**

## STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to F.R.Civ.Proc. 41(a)(1)(A)(ii), Plaintiffs Carroll Company and Ogden, LLC, and Defendant The Sherwin-Williams Company, stipulate to the dismissal of this action, with prejudice to refiling.

AGREED TO:

**Carroll Company and Ogden, LLC**

By: _/s/ Connor G. Sheehan_
Connor G. Sheehan
William D. Dunn
Dunn Sheehan LLP
3400 Carlisle St., Ste 200
Dallas, TX 75204
csheehan@dunnsheehan.com
ddunn@dunnsheehan.com

Timothy Michael Sullivan
Beveridge and Diamond PC
201 N. Charles St., Ste 2210
Baltimore, MD 21201
tsullivan@bdlaw.com
Attorneys for Plaintiffs

APPROVED THIS _15ᵗʰ_ DAY OF _april_, 20_14_

_____
SENIOR UNITED STATES DISTRICT JUDGE

13958401.3

**The Sherwin-Williams Company**

By: _/s/ George M. Church_____

George M. Church
Marian C. Hwang
Miles and Stockbridge PC
10 Light St.
Baltimore, MD 21202
gchurch@milesstockbridge.com
mhwang@milesstockbridge.com
Attorneys for Defendant

2